UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PEMBERTON,<br><br>    Plaintiff,<br><br>    v.<br><br>LONGS DRUG STORES CALIFORNIA, L.L.C.,<br><br>    Defendant. | No. 1:20-cv-00568-NONE-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. Nos. 6, 14) |

Plaintiff, Pamela Pemberton, filed the complaint commencing this action in in Stanislaus County Superior Court on January 24, 2020. (Doc. No. 3-1 at 9.) On April 20, 2020, defendant, Longs Drug Stores California, removed the case to this federal court pursuant to 28 U.S.C. § 1446(b) on the basis of diversity jurisdiction. (Doc. No. 1.) On May 18, 2020, plaintiff filed a motion to remand, arguing that defendant had not demonstrated the amount in controversy exceeded $75,000 for purposes of establishing diversity jurisdiction. (Doc. No. 6.) The motion to remand was referred to the assigned magistrate judge for issuance of findings and recommendations. (Doc. No. 9.)

On July 24, 2020, the magistrate judge issued findings and recommendations, recommending that the motion to remand be denied. (Doc. No. 14.) The findings and

recommendations were served on the parties with instructions that any objections must be filed within fourteen days. No objections have been filed, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations, entered July 24, 2020 (Doc. No. 14), are ADOPTED IN FULL;
2. The motion to remand (Doc. No. 6) is DENIED; and
3. The case is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: __**August 11, 2020**__                    _/s/ Dale A. Drozd_
                                         UNITED STATES DISTRICT JUDGE