# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA PEMBERTON,<br><br>        Plaintiff,<br><br>    v.<br><br>LONG DRUG STORES CALIFORNIA, L.L.C.,<br><br>        Defendant. | Case No. 1:20-cv-00568-NONE-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 27) |

On May 6, 2021, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 27.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

    Dated: **May 7, 2021**                      /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE